# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe Employee, | No. CV-26-01132-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Shade Masters LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 10), filed on May 28, 2026. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice, each side to bear its own attorneys' fees and costs.

Accordingly,

**IT IS ORDERED dismissing** this case without prejudice, each side to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 29th day of May, 2026.

Stephen M. McNamee
Senior United States District Judge